# United States Bankruptcy Court
## Northern District of Iowa

In re   **Christina A Parks**   _____   Case No.   **19-01173**
                                      Debtor(s)             Chapter   **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Christina A Parks**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐    I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐    I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■    I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **August 27, 2019**         Signature   **/s/ Christina A Parks**
                                             **Christina A Parks**
                                             Debtor

**** NINE HUNDRED THIRTY FOUR & 21/100 DOLLARS

06/28/19        $        **934.21

CHRISTINA A. PARKS
4706 FROZEN HILL RD
ANAMOSA, IA  52205

Emp #: PA01    Name: CHRISTINA A. PARKS
SS#: ~~*~~

Pay Period: 05/24/19 thru 06/21/19

| Description Hr/Unit | Rate | Current | Year-To-Date | Description | Current | Year-To-Date |
|---|---|---|---|---|---|---|
| Secretary | | | | FICA W/H | 70.00 | 618.44 |
| 89.00 | 12.18 | 1,084.02 | 9,659.88 | Medi W/H | 16.37 | 144.63 |
| 401k Bonus | | 45.00 | 315.00 | Fed W/H | 41.74 | 523.32 |
| | | | | State W/H | 21.70 | 253.27 |
| | | | | 401k | 45.00 | 315.00 |
| Total Gross | | 1,129.02 | 9,974.88 | Deductions | 194.81 | 1,854.66 |
| | | | | Net Pay | 934.21 | 8,120.22 |

Emp #: PA01    Name: CHRISTINA A. PARKS
SS#: ***-**-7111

Pay Period: 05/24/19 thru 06/21/19

| Description Hr/Unit | Rate | Current | Year-To-Date | Description | Current | Year-To-Date |
|---|---|---|---|---|---|---|
| Secretary | | | | FICA W/H | 70.00 | 618.44 |
| 89.00 | 12.18 | 1,084.02 | 9,659.88 | Medi W/H | 16.37 | 144.63 |
| 401k Bonus | | 45.00 | 315.00 | Fed W/H | 41.74 | 523.32 |
| | | | | State W/H | 21.70 | 253.27 |
| | | | | 401k | 45.00 | 315.00 |
| Total Gross | | 1,129.02 | 9,974.88 | Deductions | 194.81 | 1,854.66 |
| | | | | Net Pay | 934.21 | 8,120.22 |