United States Bankruptcy Court
Northern District of Iowa

In re:                                                                Case No. 19-01173-TJC
Christina A Parks                                                     Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-1           User: admin              Page 1 of 2           Date Rcvd: Aug 28, 2019
                               Form ID: 309A            Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2019.
```
db            +Christina A Parks,    4706 Frozen Hill Rd,    Anamosa, IA 52205-9617
2254430       +AAMS/Automated Accounts Management Servi,    4800 Mills Civic Parkway,    Suite 202,
                West Des Moines, IA 50265-5265
2254429       +AAMS/Automated Accounts Management Servi,    4800 Mills Civic Pkwy,
                West Des Moines, IA 50265-5263
2254431       +Benton Mutual,    PO BOX 307,    Keystone, IA 52249-0307
2254438       +D & N Fence,    4000 Balirsferry Rd,    Cedar Rapids, IA 52411-1761
2254439       +David Thinnes,    118 3rd ave SE,    Cedar Rapids, IA 52401-1412
2254440       +Delancy electrical,    PO Box 552,    Anamosa, IA 52205-0552
2254444      ++IOWA DEPARTMENT OF REVENUE,    ATTN BANKRUPTCY UNIT,    PO BOX 10471,    DES MOINES IA 50306-0471
               (address filed with court:  IOWA DEPARTMENT OF REVENUE,    HOOVER STATE OFFICE BUILDING,
                Des Moines, IA 50319)
2254447        LINN AREA CREDIT UNION,    3150 Blairsferry Road NE,    Cedar Rapids, IA 52402
2254446       +Leo WIchman,    5866 Wilde RD,    Coggon, IA 52218-9605
2254448       +Mercy Medical Center,    701 10th ST SE,    Cedar Rapids, IA 52403-1292
2254449       +Nathan RUnde,    2080 Southpark Court,    Dubuque, IA 52003-7986
2254452       +Swisher and Court,    PO BOX 1200,    Waterloo, IA 50704-1200
2254437       +credit bureua services,    1306 S 7TH stREET,    POBOX 180,    Oskaloosa, IA 52577-0180
2254443       +harris electrical service,    111 Culver RD NE,    PO BOX 310,    Hopkinton, IA 52237-0310
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: heckellaw@jmheckel.com Aug 28 2019 22:25:13      John M. Heckel,
                5250 North Park Place Ste 114,    Cedar Rapids, IA  52402
tr            +EDI: QSLSCHNITTJER.COM Aug 29 2019 02:33:00      Sheryl Schnittjer,    24695 207th Ave.,
                Delhi, IA 52223-8414
ust           +E-mail/Text: ustpregion12.cr.ecf@usdoj.gov Aug 28 2019 22:25:18      United States Trustee,
                United States Federal Courthouse,    111 7th Avenue SE, Box 17,    Cedar Rapids, IA 52401-2103
2254434       +E-mail/Text: cedwards@creditiowa.com Aug 28 2019 22:25:17      CBSI,    PO Box 180,
                Oskaloosa, IA 52577-0180
2254432       +EDI: CAPITALONE.COM Aug 29 2019 02:33:00      Capital One,    Po Box 30281,
                Salt Lake City, UT 84130-0281
2254433       +EDI: CAPITALONE.COM Aug 29 2019 02:33:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
2254436       +E-mail/Text: cedwards@creditiowa.com Aug 28 2019 22:25:17
                Credit Bureau Services of Iowa, Inc.,    Attn: Bankruptcy,    1306 South 7th Street,
                Oskaloosa, IA 52577-4114
2254435       +E-mail/Text: cedwards@creditiowa.com Aug 28 2019 22:25:17
                Credit Bureau Services of Iowa, Inc.,    1306 S 7th St,    Oskaloosa, IA 52577-4114
2254442       +E-mail/Text: bankruptcy@avadynehealth.com Aug 28 2019 22:25:15      H & R Accounts, Inc.,
                Attn: Bankruptcy,    Po Box 672,    Moline, IL 61266-0672
2254441       +E-mail/Text: bankruptcy@avadynehealth.com Aug 28 2019 22:25:15      H & R Accounts, Inc.,
                7017 John Deere Parkway,    Moline, IL 61265-8072
2254445        EDI: IRS.COM Aug 29 2019 02:33:00      IRS,    PO Box 1233,    Charlotte, NC 28201-1233
2254450        EDI: PRA.COM Aug 29 2019 02:33:00      Portfolio Recovery,    120 Corporate Blvd Ste 100,
                Norfolk, VA 23502
2254451        EDI: PRA.COM Aug 29 2019 02:33:00      Portfolio Recovery,    Attn: Bankruptcy,
                120 Corporate Blvd,    Norfold, VA 23502
2254453       +E-mail/Text: banko@hestark.com Aug 28 2019 22:25:23      The Stark Agency,    6425 Odana Rd,
                Madison, WI 53719-1189
2254454       +E-mail/Text: banko@hestark.com Aug 28 2019 22:25:23      The Stark Agency,    Attn: Bankruptcy,
                Po Box 45710,    Madison, WI 53744-5710
2254455       +E-mail/Text: bankruptcy@veridiancu.org Aug 28 2019 22:25:23      Veridian Credit Unio,
                1827 Ansborough Av,    Waterloo, IA 50701-3629
2254456       +E-mail/Text: bankruptcy@veridiancu.org Aug 28 2019 22:25:23      Veridian Credit Unio,
                Po Box 6000,    1827 Ansborough Avenue,    Waterloo, IA 50701-3629
                                                                                              TOTAL: 17
```

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0862-1          User: admin              Page 2 of 2              Date Rcvd: Aug 28, 2019
                              Form ID: 309A            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2019 at the address(es) listed below:
NONE.                                                                                        TOTAL: 0
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Christina A Parks<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–7111 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Northern District of Iowa | Date case filed for chapter: | 7    8/27/19 |
| Case number: | 19–01173 | | |

Official Form B309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline                                     12/17

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.** The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.) To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**NOTICE IS GIVEN** that during the course of administration, the Chapter 7 trustee may sell, abandon, or otherwise dispose of property, including the compromise or settlement of controversies, by filing a report of such intended action with the Clerk, with a copy served upon the U.S. Trustee, debtor(s), debtor(s) counsel, and those creditors and equity security holders who have requested notice pursuant to Rule 2002 of the Bankruptcy Rules. Any party requesting a notice pursuant to Rule 2002 must file a request with the Clerk of the Bankruptcy Court specifically referring to Rule 2002 and shall serve a copy of that request for notice upon debtor(s) counsel, trustee, and U.S. Trustee, at the addresses set forth in this notice. Any party objecting to such action by the trustee shall file such objection with the Clerk of Bankruptcy Court, serving a copy on the moving party, trustee, U.S. Trustee, debtor(s) and debtor(s) counsel within 21 days after the filing of such report.

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court. Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Christina A Parks | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4706 Frozen Hill Rd<br>Anamosa, IA 52205 | |
| 4. | **Debtor's attorney**<br>Name and address | John M. Heckel<br>5250 North Park Place Ste 114<br>Cedar Rapids, IA 52402 | Phone: 319–373–1989<br>Email: heckellaw@jmheckel.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Sheryl Schnittjer<br>24695 207th Ave.<br>Delhi, IA 52223 | Phone: 319–721–6190<br>Email: delhisls926@gmail.com |

For more information, see page 2 >

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 111 Seventh Avenue SE #15<br>Cedar Rapids, IA 52401–2101 | Hours open:<br>Monday–Friday, 8:00 am to 4:30 pm CT<br><br>Phone: (319) 286–2200<br>www.ianb.uscourts.gov<br><br>Date: 8/28/19 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 16, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>All *Individual Debtors must* provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Location:<br><br>**U.S. Courthouse, 111 7th Ave SE, Room 120, Cedar Rapids, IA** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing deadline: 11/15/19**<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.<br><br>**Certification About a Financial Management Course deadline: 11/15/19**<br>**Reaffirmation Agreement deadline: 11/15/19** | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| | **Appointment of Trustee and Tax Returns** | The trustee named in line 5 of this notice is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond. Per Section 521(e), *individual debtor(s) are required to provide* to the trustee, no later than 7 days prior to the date set for the first meeting of creditors, a copy of the Federal Income Tax return for the most recent tax year ending immediately before the commencement of the case. | |