# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 7<br>Bankruptcy No. |
| Christina A Parks | 19–01173 |
| Debtor(s) |  |

## NOTICE AND ORDER RE: FILING DEFICIENCY

NOTICE IS HEREBY GIVEN that on October 8, 2019, a pleading was filed in the above referenced case containing the following deficiency:

- ☐ Declaration Under Penalty of Perjury for Non–Individual Debtors (Form B202) re: Amended Schedules
not signed by debtor(s) or was omitted.
- ☑ Declaration About an Individual Debtor's Amended Schedules (Form B106–Declaration)
not signed by debtor(s) or was omitted.
- ☑ Summary of Assets and Liabilities and Certain Statistical Information (Form B106–Summary)
not signed by debtor(s) or was omitted.
- ☐ Summary of Assets and Liabilities (Form B206–Summary) not signed by debtor(s) or was omitted.
- ☐ Original document was not signed by party/attorney:
Document Name:
- ☐ Other Document(s):

***THEREFORE, IT IS HEREBY ORDERED:***

the filing party shall cure the deficient filing(s) as described in the above Notice no later than 7 days from the date of this ORDER;

***IT IS FURTHER ORDERED:*** if the deficiency is not corrected by the above date(s), the pleading may be stricken from the record.

ORDERED October 9, 2019

Thad J. Collins
Bankruptcy Judge