# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

## CLERK'S OFFICE

Megan R. Weiss  
Acting Clerk of Court

Phone (319) 286–2200  
www.ianb.uscourts.gov

TO: John M. Heckel  
5250 North Park Place Ste 114  
Cedar Rapids, IA 52402

RE: Christina A Parks  
Case No. 19–01173

You have filed an amendment or updated schedules.

Any change to name, address or creditors must be accompanied by an additional page matrix addition. List only the changes to the original matrix you filed, following the requirements of the Local Rules. Do not submit an entire new matrix.

If this is not done promptly there will be no notice to the additional parties since they will not be scanned to the mailing list.

We will make no follow up on this.

MEGAN R. WEISS  
Clerk, Bankruptcy Court  
by:

*[signature]*

Date: October 9, 2019

Deputy Clerk  
United States Bankruptcy Court  
Northern District of Iowa  
111 Seventh Avenue SE Box 15  
Cedar Rapids, IA 52401–2101