```
LINN COUNTY TREASURER
930 1st ST SW
Cedar Rapids, IA 52404



Nathan RUnde
2080 Southpark Court
Dubuque, IA 52003
```